**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-cv-62624-SMITH**

BLONDIRA CHARLME,

Petitioner,

v.

GARRETT RIPA, *et al*.,

Respondents.
_________________________________/

**ORDER DENYING PETITION AND CLOSING CASE**

This cause is before the Court following the hearing held on November 13, 2026, on Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [DE 1]. Having reviewed the Petition and the parties' submissions, heard argument of counsel, and otherwise being duly advised in the premises, it is

**ORDERED** that:

1. For the reasons stated on the record, Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [DE 1] is **DENIED**.
2. All pending motions are **DENIED AS MOOT**.
3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 13th day of November, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel or record